## AFFIDAVIT

I, Robert Sauterer, hereinafter "Affiant," being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. Affiant, Robert Sauterer, is currently employed as a Task Force Officer with the Drug Enforcement Administration ("DEA") assigned to the Cleveland District Office ("CDO") Heroin Enforcement Group ("HEG"), and has been so since May of 2021. Prior to that, Affiant was assigned to the Cleveland Division of Police (CDP) as a Detective in Cleveland, Ohio. As such, Affiant is an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1).

2. Your Affiant submits this affidavit in support of a criminal complaint and arrest warrant charging Blake KELLEY with knowingly possessing with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), on or about May 6, 2021.

## BASIS OF INFORMATION

3. Except as otherwise noted, the information set forth in this Affidavit has been provided to your Affiant by other law enforcement officers. Unless otherwise noted, whenever in this Affidavit your Affiant asserts that a statement was made, the information was obtained by your Affiant personally, or was provided to your Affiant by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom your Affiant has spoken, or whose report your Affiant has read and reviewed.

4. Because the Affidavit is being submitted for the limited purpose of obtaining a criminal complaint and securing arrest warrant for Blake KELLEY ("KELLEY") your Affiant has not included each and every fact known to him concerning this investigation. Your Affiant has set forth only the facts that he believes are necessary to establish the foundation for the issuance of the arrest warrants.

## **PROBABLE CAUSE**

5. On May 6, 2021, the Cleveland Division of Police ("CDP"), Fourth District - Vice Unit executed a search warrant for evidence of drug trafficking at an apartment complex on Great Northern Boulevard, North Olmsted, Ohio (KELLEY's Apartment) and arrested Blake KELLEY for violation of Ohio Revised Code 2925.03(A)(2), Drug Trafficking.

6. During the execution of the search warrant at KELLEY'S apartment, CDP detectives seized and recovered from KELLEY's apartment various pills and drugs that were submitted to the Cuyahoga County Regional Forensic Science Laboratory (CCRFSL) for drug chemistry analysis. Based on the Cuyahoga County Regional Forensic Laboratory ("CCRFSL") Lab report, the bags found in KELLEY's apartment were found to be various mixtures of controlled substances totaling approximately 73.72 grams of Fentanyl mixture, a Schedule II controlled substance; 2.13 grams of mixtures found to contain Isotonitazene a Schedule I controlled substance; 5 unit doses of Alprazolam a Schedule IV drug; and 12.5 unit doses of Buprenorphine and Naloxone a Schedule III drug.

7. Investigators with the DEA, including Affiant, interviewed KELLEY during the search warrant and KELLEY, who was *Mirandized*, and, in summary, stated to investigators that he was buying approximately 200-400 fentanyl pills twice a week, every week and that the pills were delivered in the mail. KELLEY further admitted to selling the pills he bought weekly.

**CONCLUSION**

8.  Based on your Affiant's training, experience, and the facts set forth in this Affidavit, and information gathered from throughout this investigation, your Affiant submits that there is probable cause to believe that, in the Northern District of Ohio, Blake KELLEY did knowingly possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), on or about May 6, 2021.

Robert Sauterer
Task Force Officer
Drug Enforcement Administration

Sworn to via telephone after submission by
reliable electronic means. Fed. R. Crim. P. 3,
4(d), and 4.1, on this 15th day of June, 2022.

James E. Grimes Jr., United States Magistrate Judge